## ATTACHMENT A

### PLAINTIFFS

SABRINA CLAPP and DENISE REDFIELD, individually and on behalf of others similarly situated,

### DEFENDANTS

1. Alpaca Securities LLC
   c/o John Torola
   20 N. San Mateo Drive Ste 10
   San Mateo, California 94401

2. Apex Clearing Corporation
   c/o National Registered Agents, Inc.
   28 Liberty Street
   New York, New York 10005

3. Barclays Bank PLC
   c/o Barclays Bank PLC
   745 Seventh Avenue
   New York, New York 10019

4. Cash App Investing LLC
   c/o National Registered Agents, Inc.
   1209 Orange Street
   Wilmington, Delaware 19801

5. Charles Schwab & Co. Inc.
   c/o CT Corporation System
   818 West Seventh Street, Suite 930|
   Los Angeles, California 90017

6. Citadel Enterprise Americas, LLC
   c/o Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, Delaware 19801

7. Citadel Securities LLC
   c/o Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, Delaware 19801

8. dough LLC
   c/o Cogency Global, Inc.
   850 New Burton Road, Suite 210
   Dover, Delaware 19904

9. eToro USA Securities Inc.
   c/o Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

10. E*Trade Financial Corporation
    c/o Corporation Service Company
    100 Shockoe Slip Fl 2
    Richmond, Virginia 23219

11. E*TRADE Financial Holdings, LLC
    c/o Corporation Service Company
    100 Shockoe Slip Fl 2
    Richmond, Virginia 23219

12. E*TRADE Securities LLC
    c/o Corporation Service Company
    135 East 57th Street
    New York, New York 10022

13. FF Trade Republic Growth, LLC
    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, California 90017

14. Freetrade LTD
    32-38 Leman Street
    London, E1 8EW
    United Kingdom

15. Fumi Holdings, Inc.
    c/o Business Filings Incorporated
    108 West 13th Street
    Wilmington New Castle, Delaware 19801

16. IG Group Holdings PLC
    c/o IG US Holdings, Inc.
    311 South Wacker, Suite 2650
    Chicago, Illinois 60606

17. Interactive Brokers LLC
    One Pickwick Plaza
    Greenwich, Connecticut 06830

18. M1 Finance, LLC
    200 N Lasalle Street, Suite 800
    Chicago, Illinois 60601

19. Melvin Capital Management LP
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, Delaware 19808

20. Morgan Stanley Smith Barney LLC
    c/o CT Corporation System
    28 Liberty Street
    New York, New York 10005

21. Open to the Public Investing, Inc.
    c/o T3 Securities, Inc.
    1 State Street Plaza, 10th Floor
    New York, New York, 10004

22. Robinhood Financial LLC
    c/o Incorporating Services, Ltd.
    7801 Folsom Blvd. #202
    Sacramento, California 95826

23. Robinhood Markets, Inc.
    c/o Incorporating Services, Ltd.
    7801 Folsom Blvd. #202
    Sacramento, California 95826

24. Robinhood Securities, LLC
    c/o Incorporating Services, Ltd.
    7801 Folsom Blvd. #202
    Sacramento, California 95826

25. Sequoia Capital Operations LLC
    c/o CT Corporation System
    818 West Seventh Street, Ste 930
    Los Angeles, California 90017

26. Square Inc.
    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, California 90017

27. Stash Financial, Inc.
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, Delaware 19808

28. Tastyworks, Inc.
    c/o Cogency Global, Inc.
    850 New Burton Road, Suite 210
    Dover, Delaware 19904

29. TD Ameritrade, Inc.
    c/o Incorporating Services Ltd.
    5601 S. 59th St., Suite C,
    Lincoln, Nebraska 68516

30. The Charles Schwab Corporation
    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, California 90017

31. The Depository Trust Company
    c/o CT Corporation System
    28 Liberty Street
    New York, New York 10005

32. Trading 212 Ltd.
    3 Lachezar Stanchev Str., Litex Tower, Floor 10,
    Sofia 1797, Bulgaria

33. Trading 212 UK Ltd.
    107 Cheapside
    London EC2V 6DN, United Kingdom

34. Webull Financial LLC
    c/o Business Filings Inc.
    108 West 13th Street
    Willimington, Delaware 19801

5