1  Heather M. Burke (SBN 284100)
   WHITE & CASE LLP
2  3000 El Camino Real
   2 Palo Alto Square, Suite 900
3  Palo Alto, CA  94306-2109
   Telephone:  (650) 213-0300
4  Facsimile:   (650) 213-8158
   hburke@whitecase.com
5
   J. Mark Gidley (*admitted pro hac vice*)
6  WHITE & CASE LLP
   701 Thirteenth Street, NW
7  Washington, DC  20005-3807
   Telephone:  (202) 626-3600
8  Facsimile:   (202) 639-9355
   mgidley@whitecase.com
9
   Jack E. Pace (*admitted pro hac vice*)
10 Bryan D. Gant (*admitted pro hac vice*)
   WHITE & CASE LLP
11 1221 Avenue of the Americas
   New York, NY  10020
12 Telephone:  (212) 819-8200
   Facsimile:   (212) 354-8113
13 jpace@whitecase.com
   bgant@whitecase.com
14
15 Attorneys for Apex Clearing Corp.

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20  SABRINA CLAPP and DENISE REDFIELD, individually and on behalf of others similarly 21  situated, | Case No. 3:21-cv-00896-VC |
| 22                     Plaintiffs, | **DEFENDANT APEX CLEARING CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |
| 23       v. | |
| 24  ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; 25  CASH APP INVESTING LLC; SQUARE INC.; 26  DOUGH LLC; MORGAN STANLEY SMITH BARNEY 27  LLC; E*TRADE SECURITIES LLC; 28  E*TRADE FINANCIAL CORPORATION; | |

| | |
|---|---|
| 1 | E*TRADE FINANCIAL HOLDINGS, LLC; |
| | ETORO USA SECURITIES, INC.; |
| 2 | FREETRADE, LTD.; |
| | INTERACTIVE BROKERS LLC; |
| 3 | M1 FINANCE, LLC; |
| | OPEN TO THE PUBLIC INVESTING, INC.; |
| 4 | ROBINHOOD FINANCIAL, LLC; |
| | ROBINHOOD MARKETS, INC.; |
| 5 | ROBINHOOD SECURITIES, LLC; |
| | IG GROUP HOLDINGS PLC; |
| 6 | TASTYWORKS, INC.; |
| | TD AMERITRADE, INC.; |
| 7 | THE CHARLES SCHWAB CORPORATION; |
| | CHARLES SCHWAB & CO. INC.; |
| 8 | FF TRADE REPUBLIC GROWTH, LLC; |
| | TRADING 212 LTD.; |
| 9 | TRADING 212 UK LTD.; |
| | WEBULL FINANCIAL LLC; |
| 10 | FUMI HOLDINGS, INC.; |
| | STASH FINANCIAL, INC.; |
| 11 | BARCLAYS BANK PLC; |
| | CITADEL ENTERPRISE AMERICAS, LLC; |
| 12 | CITADEL SECURITIES LLC; |
| | MELVIN CAPITAL MANAGEMENT LP; |
| 13 | SEQUOIA CAPITAL OPERATIONS LLC; |
| | APEX CLEARING CORPORATION; |
| 14 | THE DEPOSITORY TRUST & CLEARING |
| | CORPORATION, |
| 15 | Defendants. |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Apex Clearing Corporation hereby certifies that Apex Clearing Holdings LLC and PEAK6 Investments LLC are parent corporations of Apex Clearing Corporation. Apex Clearing Corporation further certifies that no publicly held corporation has a 10% or greater ownership interest in Apex Clearing Corporation.[1]

---

[1] Apex Clearing Corporation has not yet responded to the Complaint in this matter. In filing this Statement, Apex Clearing Corporation does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: | March 5, 2021 | By: */s/ Heather M. Burke*<br>Heather M. Burke (SBN 284100)<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br>hburke@whitecase.com<br><br>J. Mark Gidley (*admitted pro hac vice*)<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>mgidley@whitecase.com<br><br>Jack E. Pace (*admitted pro hac vice*)<br>Bryan D. Gant (*admitted pro hac vice*)<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>jpace@whitecase.com<br>bgant@whitecase.com<br><br>Attorneys for Apex Clearing Corp. |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2021, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

Executed:   March 5, 2021                    */s/ Heather M. Burke*
                                                                     Heather M. Burke