| | |
|---|---|
| 1 | Heather M. Burke (SBN 284100) |
| 2 | WHITE & CASE LLP<br>3000 El Camino Real |
| 3 | 2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109 |
| 4 | Telephone:  (650) 213-0300<br>Facsimile:   (650) 213-8158 |
| 5 | hburke@whitecase.com |
| 6 | J. Mark Gidley (*admitted pro hac vice*)<br>WHITE & CASE LLP |
| 7 | 701 Thirteenth Street, NW<br>Washington, DC  20005-3807 |
| 8 | Telephone:  (202) 626-3600<br>Facsimile:   (202) 639-9355 |
| 9 | mgidley@whitecase.com |
| 10 | Jack E. Pace (*admitted pro hac vice*)<br>Bryan D. Gant (*admitted pro hac vice*) |
| 11 | WHITE & CASE LLP<br>1221 Avenue of the Americas |
| 12 | New York, NY  10020<br>Telephone:  (212) 819-8200 |
| 13 | Facsimile:   (212) 354-8113<br>jpace@whitecase.com |
| 14 | bgant@whitecase.com |
| 15 | Attorneys for Apex Clearing Corp. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | SABRINA CLAPP and DENISE REDFIELD, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00896-VC |
| 21 | | **CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT APEX CLEARING CORPORATION** |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | ALLY FINANCIAL INC.;<br>ALPACA SECURITIES LLC; | |
| 25 | CASH APP INVESTING LLC;<br>SQUARE INC.; | |
| 26 | DOUGH LLC;<br>MORGAN STANLEY SMITH BARNEY | |
| 27 | LLC;<br>E*TRADE SECURITIES LLC; | |
| 28 | E*TRADE FINANCIAL CORPORATION;<br>E*TRADE FINANCIAL HOLDINGS, LLC; | |

| | |
|---|---|
| ETORO USA SECURITIES, INC.;<br>FREETRADE, LTD.;<br>INTERACTIVE BROKERS LLC;<br>M1 FINANCE, LLC;<br>OPEN TO THE PUBLIC INVESTING, INC.;<br>ROBINHOOD FINANCIAL, LLC;<br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD SECURITIES, LLC;<br>IG GROUP HOLDINGS PLC;<br>TASTYWORKS, INC.;<br>TD AMERITRADE, INC.;<br>THE CHARLES SCHWAB CORPORATION;<br>CHARLES SCHWAB & CO. INC.;<br>FF TRADE REPUBLIC GROWTH, LLC;<br>TRADING 212 LTD.;<br>TRADING 212 UK LTD.;<br>WEBULL FINANCIAL LLC;<br>FUMI HOLDINGS, INC.;<br>STASH FINANCIAL, INC.;<br>BARCLAYS BANK PLC;<br>CITADEL ENTERPRISE AMERICAS, LLC;<br>CITADEL SECURITIES LLC;<br>MELVIN CAPITAL MANAGEMENT LP;<br>SEQUOIA CAPITAL OPERATIONS LLC;<br>APEX CLEARING CORPORATION;<br>THE DEPOSITORY TRUST & CLEARING CORPORATION,<br><br>            Defendants. | |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Apex Clearing Holdings LLC
2. PEAK6 Investments LLC

- 1 -

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: | March 5, 2021 | By: */s/ Heather M. Burke* |

<div style="margin-left: 3em;">

Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

J. Mark Gidley (*admitted pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
mgidley@whitecase.com

Jack E. Pace (*admitted pro hac vice*)
Bryan D. Gant (*admitted pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
bgant@whitecase.com

Attorneys for Apex Clearing Corp.

</div>

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2    I hereby certify that on March 5, 2021, the within document was filed with the Clerk of

3  the Court using CM/ECF, which will send notification of such filing to the attorneys of record in

4  this case.

6    Executed:    March 5, 2021              */s/ Heather M. Burke*
                                                                Heather M. Burke

- 3 -