1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
3  235 Montgomery Street, 17th Floor
   San Francisco, California 94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5  Email:  emonekanderson@fbm.com
   Email:  bwisoff@fbm.com
6
7  Antony L. Ryan (*pro hac vice* application forthcoming)
   Kevin J. Orsini (*pro hac vice* application forthcoming)
8  Brittany L. Sukiennik (*pro hac vice* application forthcoming)
   **Cravath, Swaine & Moore LLP**
9  New York, NY 10019
   Telephone:  (212) 474-1000
10 Facsimile:  (212) 474-3700
   Email:  aryan@cravath.com
11 Email:  korsini@cravath.com
   Email:  bsukiennik@cravath.com
12
13 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
14 LLC, and Robinhood Markets, Inc.

15                  **UNITED STATES DISTRICT COURT**
16                  **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| 18  SABRINA CLAPP and DENISE REDFIELD, individually and on behalf of others similarly situated, | Case No.: 3:21-cv-00896-LB |
| 19 | |
| 20           Plaintiffs, | **NOTICE OF APPEARANCE** |
| 21       vs. | |
| 22  ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC, E*TRADE SECURITIES LLC;  E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL LLC; ROBINHOOD MARKETS, | |

| | |
|---|---|
| 1 | INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION, |

Defendants.

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address, telephone number and email are as follows:

>C. Brandon Wisoff (State Bar No. 121930)
>Farella Braun + Martel LLP
>235 Montgomery Street, 17th Floor
>San Francisco, California 94104
>Telephone: (415) 954-4400
>Facsimile: (415) 954-4480
>bwisoff@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated:  March 8, 2021

FARELLA BRAUN + MARTEL LLP

By: *C. Brandon Wisoff* (signature)
C. Brandon Wisoff

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.

39900\13980643.1