1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
3  235 Montgomery Street, 17th Floor
   San Francisco, California 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  Email: emonekanderson@fbm.com
   Email: bwisoff@fbm.com
6
   Antony L. Ryan (*pro hac vice* application forthcoming)
7  Kevin J. Orsini (*pro hac vice* application forthcoming)
   Brittany L. Sukiennik (*pro hac vice* application forthcoming)
8  **Cravath, Swaine & Moore LLP**
9  New York, NY 10019
   Telephone: (212) 474-1000
10 Facsimile: (212) 474-3700
   Email: aryan@cravath.com
11 Email: korsini@cravath.com
   Email: bsukiennik@cravath.com
12
13 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
14 LLC, Robinhood Markets, Inc.

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

                 **SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| 18  SABRINA CLAPP and DENISE REDFIELD, individually and on behalf of others similarly situated, | Case No.: 3:21-cv-00896-LB |
| 19 | |
| 20              Plaintiffs, | **JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |
| 21          vs. | |
| 22  ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC, E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL LLC; ROBINHOOD MARKETS, | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1   INC.; ROBINHOOD SECURITIES, LLC; IG
    GROUP HOLDINGS PLC; TASTYWORKS,
2   INC.; TD AMERITRADE, INC.; THE
    CHARLES SCHWAB CORPORATION;
3   CHARLES SCHWAB & CO. INC.; FF TRADE
    REPUBLIC GROWTH, LLC; TRADING 212
4   LTD.; TRADING 212 UK LTD.; WEBULL
    FINANCIAL LLC; FUMI HOLDINGS, INC.;
5   STASH FINANCIAL, INC.; BARCLAYS
    BANK PLC; CITADEL ENTERPRISE
6   AMERICAS, LLC; CITADEL SECURITIES
    LLC; MELVIN CAPITAL MANAGEMENT
7   LP; SEQUOIA CAPITAL OPERATIONS LLC;
    APEX CLEARING CORPORATION; THE
8   DEPOSITORY TRUST & CLEARING
    CORPORATION,
9
10                  Defendants.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00896-LB

Plaintiffs Sabrina Clapp and Denise Redfield ("Plaintiffs") and the undersigned Defendants (together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint on February 4, 2021 (Dkt. No. 1);

WHEREAS, Defendants' deadline to move or otherwise respond to the Complaint is currently April 5, 2021;

WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with the Judicial Panel on Multidistrict Litigation ("Panel");

WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing schedule;

WHEREAS, on February 23, 2021, Charles Schwab & Co., Inc., TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Holding Corporation and The Charles Schwab Corporation filed a Notice of Potential Tag-Along Actions, identifying a number of additional cases, including the instant action, as tag-along cases for the JPML to consider transferring to the proposed multidistrict litigation (JPML Dkt. No. 66);

WHEREAS, a hearing on the Motion before the JPML is scheduled for March 25, 2021;

WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;

WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later;

1      WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and

2  challenges to jurisdiction; and

3      WHEREAS, such a stipulated extension would be without prejudice to Plaintiffs.

4      NOW THEREFORE, the Parties stipulate that:

5      1.  Defendants' deadline to move or otherwise respond to the operative Complaint shall

6          be extended to April 30, 2021, or, if the transfer motion is granted, until the date by

7          which the transferee judge orders Defendants to move or otherwise respond to the

8          Complaint, whichever is later.

9      2.  The Parties may stipulate to a further extension of time to move or otherwise respond

10         to the operative Complaint in this action.

11     3.  Nothing herein shall prevent Defendants from moving for additional time to move or

12         otherwise respond to the operative Complaint.

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00896-LB

1   Dated: March 8, 2021                      By:  /s/ C. Brandon Wisoff

2                                             C. Brandon Wisoff (State Bar No. 121930)
                                              Eric D. Monek Anderson (State Bar No. 320934)
3                                             **Farella Braun + Martel LLP**
                                              235 Montgomery Street, 17th Floor
4                                             San Francisco, California 94104
                                              Telephone:   (415) 954-4400
5                                             Facsimile:   (415) 954-4480
                                              Email:   bwisoff@fbm.com
6                                             Email:   emonekanderson@fbm.com
7
8                                             Antony L. Ryan (*pro hac vice* application forthcoming)
                                              Kevin J. Orsini (*pro hac vice* application forthcoming)
9                                             Brittany L. Sukiennik (*pro hac vice* application
                                              forthcoming)
10                                            **Cravath, Swaine & Moore LLP**
                                              New York, NY 10019
11                                            Telephone:  (212) 474-1000
                                              Facsimile:  (212) 474-3700
12                                            Email:   aryan@cravath.com
                                              Email:   korsini@cravath.com
13                                            Email:   bsukiennik@cravath.com
14
15                                            *Counsel for Robinhood Financial LLC, Robinhood*
                                              *Securities, LLC and Robinhood Markets, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00896-LB

1

2

Dated: March 8, 2021                    By: _/s/ Eric Lechtzin_____

3                                       Eric Lechtzin (State Bar No. 248958)
                                        Marc H. Edelson (*Pro Hac Vice* to be applied for)
4                                       **EDELSON LECHTZIN LLP**
                                        3 Terry Drive, Suite 205
5                                       Newtown, PA 18940
                                        Telephone:  (215) 867-2399
6                                       Facsimile:   (267) 685-0676
                                        Email:   elechtzin@edelson-law.com
7                                                 medelson@edelson-law.com

8                                       Joshua Grabar (*Pro Hac Vice* to be applied for)
                                        **GRABAR LAW OFFICE**
9                                       One Liberty Place
                                        1650 Market Street, Suite 3600
10                                      Philadelphia, PA 19103
                                        Telephone: (267) 507-6085
11                                      Facsimile: (267) 507-6048
                                        Email: jgabar@grabarlaw.com

12                                      *Counsel for Sabrina Clapp and Denise Redfield*

13   Dated: March 8, 2021               By: _/s/ Brian Hauck_____

14

15                                      Gregory M. Boyle (*pro hac vice forthcoming*)
                                        JENNER & BLOCK, LLP
16                                      353 North Clark Street
                                        Chicago, Illinois 60654-3456
17                                      Telephone: (312) 923-2651
                                        Email: gboyle@jenner.com
18

19                                      Brian Hauck (State Bar No. 303058)
                                        JENNER & BLOCK, LLP
20                                      633 West 5th Street, Suite 3600
                                        Los Angeles, California 90071-2054
21                                      Telephone: (213) 239-5100
                                        Email: bhauck@jenner.com
22

23                                      *Counsel for The Depository Trust & Clearing Corporation*

24

25

26

27

28

6

1    Dated: March 8, 2021                    By: _/s/ Marc De Leeuw_____

2

3                                            Marc De Leeuw
                                             deleeuwm@sullcrom.com
                                             **SULLIVAN & CROMWELL LLP**
4                                            125 Broad Street
                                             New York, New York 10004
5                                            Telephone:    (212) 558-4000
                                             Facsimile:    (212) 558-3588
6

7                                            Adam S. Paris
                                             parisa@sullcrom.com
8                                            **SULLIVAN & CROMWELL LLP**
                                             1888 Century Park East
9                                            Los Angeles, CA 90067
                                             Telephone:    (310) 712-6600
10                                           Facsimile:    (310) 712-8800

11                                           *Attorneys for Defendant Ally Financial, Inc.*

12   Dated: March 8, 2021                    By: _/s/ Brian M. Lutz_____

13

14                                           Brian M. Lutz (State Bar No. 255976)
                                             **Gibson, Dunn & Crutcher LLP**
15                                           555 Mission Street. Suite 3000
                                             San Francisco, CA 94105-0921
16                                           Telephone:  (415) 393-8379
                                             Facsimile:  (415) 374.8474
17                                           Email:  BLutz@gibsondunn.com

18                                           *Counsel for TD Ameritrade, Inc.; The Charles Schwab*
                                             *Corporation; Charles Schwab & Co. Inc.*
19

20   Dated: March 8, 2021                    By: _/s/ Adam L. Hoeflich_____

21                                           Adam L. Hoeflich
                                             Dawson Robinson
22                                           **Bartlit Beck LLP**
                                             54 W. Hubbard St., Ste. 300
23                                           Chicago, IL 60654
                                             Tel: (312) 494-4400
24                                           Fax: (312) 494-4440
                                             Email: adam.hoeflich@bartlitbeck.com
25                                           Email: dawson.robinson@bartlitbeck.com

26

27

28

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00896-LB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stephen A. Broome (Bar No. 314605)
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stephenbroome@quinnemanuel.com

Justin Reinheimer (Bar No. 268868)
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: justinreinheimer@quinnemanuel.com

William A. Burck
**Quinn Emanuel Urquhart & Sullivan, LLP**
1300 I Street NW Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: williamburck@quinnemanuel.com

Steig D. Olson
Christopher D. Kercher
**Quinn Emanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor,
New York, New York, 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: steigolson@quinnemanuel.com
Email: christopherkercher@quinnemanuel.com

*Attorneys for Defendants Citadel Enterprise Americas,
LLC and Citadel Securities LLC*

8

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00896-LB

1  Dated: March 8, 2021                    By: _/s/ Heather M. Burke_____

2                                          Heather M. Burke (SBN 284100)
                                           **White & Case LLP**
3                                          3000 El Camino Real
                                           2 Palo Alto Square, Suite 900
4                                          Palo Alto, CA  94306-2109
                                           Telephone:  (650) 213-0300
5                                          Facsimile:  (650) 213-8158
                                           Email:  hburke@whitecase.com
6                                          J. Mark Gidley (*pro hac vice*)
7                                          **White & Case LLP**
                                           701 Thirteenth Street, NW
8                                          Washington, DC  20005-3807
                                           Telephone:  (202) 626-3600
9                                          Facsimile:  (202) 639-9355
                                           Email:  mgidley@whitecase.com
10

11                                         Jack E. Pace III (*pro hac vice*)
                                           Bryan D. Gant (*pro hac vice*)
12                                         **White & Case LLP**
13                                         1221 Avenue of the Americas
                                           New York, NY  10020
14                                         Telephone:  (212) 819-8200
                                           Facsimile:  (212) 354-8113
15                                         Email:  jpace@whitecase.com
                                           Email:  bgant@whitecase.com
16

17                                         *Counsel for Apex Clearing Corp.*

18

19

20

21

22

23

24

25

26

27

28

9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated:  March 8, 2021                              FARELLA BRAUN + MARTEL LLP


By:   */s/ C. Brandon Wisoff*
           C. Brandon Wisoff

*Counsel for Defendants Robinhood*
*Financial LLC, Robinhood Securities,*
*LLC and Robinhood Markets, Inc.*

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00896-LB