1  **JENNER & BLOCK LLP**
   Brian Hauck (Bar No. 303058)
2  bhauck@jenner.com
3  633 West 5th Street, Suite 3600
   Los Angeles, California 90071
4  Tel:   213.239.5100
   Fax:   213.239.5199
5
6  *Attorneys for Defendant*
   *The Depository Trust & Clearing*
7  *Corporation*

8
9
10                **UNITED STATES DISTRICT COURT**
11            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| SABRINA CLAPP and DENISE REDFIELD, individually and on behalf of others similarly situated, | Case No. 3:21-cv-00896 |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs | |
| vs | |
| ALLY FINANCIAL INC., et al., | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Brian Hauck of Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, CA 90071, Telephone: (213) 239-2244, Facsimile: (213) 239-5199, and Email: bhauck@jenner.com, hereby enters his appearance as counsel of record for Defendant The Depository Trust & Clearing Corporation. Mr. Hauck is a member of the State Bar of California and is admitted to practice in the Northern District of California.

                                                            Respectfully Submitted,

Dated: March 9, 2021          By: */s/* Brian Hauck
                                         Brian Hauck (Bar No. 303058)
                                         JENNER & BLOCK LLP
                                         633 W. 5th St., Suite 3600
                                         Los Angeles, CA 90071
                                         Telephone: (213) 239-2244
                                         bhauck@jenner.com

                                         *Counsel for Defendant*
                                         *The Depository Trust & Clearing*
                                         *Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2021, I electronically filed **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on March 9, 2021.

*/s/* Brian Hauck