C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: emonekanderson@fbm.com
Email: bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SABRINA CLAPP and DENISE REDFIELD, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLY FINANCIAL INC.; ALPACA SECURITIES LLC; CASH APP INVESTING LLC; SQUARE INC.; DOUGH LLC; MORGAN STANLEY SMITH BARNEY LLC, E*TRADE SECURITIES LLC; E*TRADE FINANCIAL CORPORATION; E*TRADE FINANCIAL HOLDINGS, LLC; ETORO USA SECURITIES, INC.; FREETRADE, LTD.; INTERACTIVE BROKERS LLC; M1 FINANCE, LLC; OPEN TO THE PUBLIC INVESTING, INC.; ROBINHOOD FINANCIAL LLC; ROBINHOOD MARKETS, | Case No.: 4:21-cv-00896-HSG<br><br>**CERTIFICATION OF INTERESTED ENTITIES**<br><br>The Hon. Haywood S. Gilliam |

*CERTIFICATION OF INTERESTED ENTITIES*
Case No. 4:21-cv-00896-HSG

INC.; ROBINHOOD SECURITIES, LLC; IG GROUP HOLDINGS PLC; TASTYWORKS, INC.; TD AMERITRADE, INC.; THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB & CO. INC.; FF TRADE REPUBLIC GROWTH, LLC; TRADING 212 LTD.; TRADING 212 UK LTD.; WEBULL FINANCIAL LLC; FUMI HOLDINGS, INC.; STASH FINANCIAL, INC.; BARCLAYS BANK PLC; CITADEL ENTERPRISE AMERICAS, LLC; CITADEL SECURITIES LLC; MELVIN CAPITAL MANAGEMENT LP; SEQUOIA CAPITAL OPERATIONS LLC; APEX CLEARING CORPORATION; THE DEPOSITORY TRUST & CLEARING CORPORATION,

   Defendants.

*CERTIFICATION OF INTERESTED ENTITIES*
Case No. 4:21-cv-00896-HSG

Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC, by their attorneys, Farella Braun + Martel LLP and Cravath, Swaine & Moore LLP, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC are privately held companies.
2. Robinhood Markets, Inc. does not have a parent corporation.
3. Robinhood Financial LLC and Robinhood Securities, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc.
4. No publicly held corporation owns 10% or more of the stock of Robinhood Markets, Inc.; Robinhood Financial LLC; or Robinhood Securities, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the parties in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial or other interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Baiju Bhatt
2. Vladimir Tenev
3. Index Ventures

Dated: March 11, 2021

FARELLA BRAUN + MARTEL LLP

By: _____
C. Brandon Wisoff

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.